IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-971-JFA |
|---|---|---|
| v. | ) | ORDER |
| SETH ALEXANDER TRIBBLE | ) | |

The defendant has requested that he be allowed to terminate his supervised release early. After receiving input from the United States Probation Office, the court is of the opinion that early termination is not appropriate in this case. The motion is, therefore, respectfully denied.

IT IS SO ORDERED.

June 4, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge